UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES WALLACE,

    Plaintiff,

v.

SHERIFF OF WAYNE COUNTY, AMANDA MILLER and BRITTON FAULK,

    Defendants.

Case No. 17-cv-550-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count 1 (a Fourteenth Amendment claim for refusing to provide necessary medications for pain and high blood pressure and for delaying medical care for high blood pressure) in favor of defendants Amanda Miller and Britton Faulk and against plaintiff Charles Wallace and that Count 1 against Miller and Faulk is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 1 (a Fourteenth Amendment claim for refusing to provide necessary medications for pain and high blood pressure and for delaying medical care for high blood pressure) against the Sheriff of Wayne County; and

- Count 2 (a Fourteenth Amendment claim for disclosing the nature of Plaintiff's pending criminal charges to other inmates).

**DATED:  January 2, 2019**

    **MARGARET M. ROBERTIE, Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**